**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
ROBERT J. KOSSACK, BAR NO. 2734.

No. 67998



FILED

SEP 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### *ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Robert Kossack. Under the agreement, Kossack admitted to violations of RPC 1.3 (diligence), RPC 1.4 (communication), and RPC 8.4 (misconduct).

The agreement provides for a 9-month suspension to commence on November 25, 2014, immediately consecutive to his 18-month suspension in another discipline matter. Additionally, the following conditions are imposed: (1) Kossack shall pay the costs of the disciplinary proceeding, excluding Bar Counsel and staff salaries, within 90 days of receipt of the State Bar's bill of costs; (2) Kossack shall resolve and pay the outstanding liens referenced in the conditional guilty plea agreement; and (3) Kossack shall resolve the judgment issued against Dorothea Erbacher in the amount of $10,114.14.

Based on our review of the record, we conclude that the guilty plea agreement should be approved. *See* SCR 113(1). We hereby impose a nine-month suspension from the practice of law, retroactive to November 25, 2014. Additionally, Kossack must comply with all of the conditions in

15-28350

the plea agreement, as outlined above. Kossack shall comply with SCR 115 and SCR 116, and the State Bar shall comply with SCR 121.1.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Chair, Southern Nevada Disciplinary Board
Kossack Law Offices
Bar Counsel, State Bar of Nevada
Kimberly Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court